UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FRANCISCO F. HERNANDEZ,**

    **Plaintiff,**

**v.**                                                      **Case No. 5:18cv167-TKW-MJF**

**K. GIPSON** and **L. ERBACHER,**

    **Defendants.**

                                        /

# **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 51). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that Plaintiff's motion for a temporary restraining order is moot and is due to be denied on that basis.

Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's motion for temporary restraining order (Doc. 41) is **DENIED**.

**DONE and ORDERED** this 9th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**