UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FRANCISCO F. HERNANDEZ,**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 5:18cv167-TKW-MJF

**K. GIPSON** and **L. ERBACHER,**

　　Defendants.
_____/

## O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (R&R) (Doc. 61) and Plaintiff's motion for appointment of counsel and request for rehearing or reconsideration of the R&R (Doc. 62). The Court sees no reason to appoint counsel for Plaintiff in this case because it is not factually or legally complex. Additionally, because Plaintiff's motion/request does not take issue with any specific portion of the R&R, it is not a "proper" objection;[1] however, even if it was, the objection would be overruled because the Court finds that the disposition recommended by the magistrate judge is correct.

　　Accordingly, it is **ORDERED** that:

---

[1] The Court is only required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3) (emphasis added).

1. Plaintiff's motion for appointment of counsel and request for rehearing or reconsideration of the R&R (Doc. 62) is **DENIED**.

2. The R&R is adopted and incorporated by reference in this Order.

3. Defendants' motions to dismiss (Docs. 34, 56) are **GRANTED**, and this case is **DISMISSED**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 7th day of August, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**